**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

**Case No. 1:15-cv-02301-CMA-CBS**

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

v.

DONALD J. LESTER,
RUBICON ALLIANCE, LLC,
CFI FUND, LLC, and
NUPOWER, LLC,

                Defendants,

EQUITY EDGE PREFERRED INCOME FUND I, LLC,
EQUITY EDGE, LLC, and
EQUITY EDGE COMPANIES, LLC,

                Relief Defendants.

## JOINT MOTION FOR APPOINTMENT OF RECEIVER

Plaintiff U.S. Securities and Exchange Commission ("SEC"), Defendants Donald J. Lester, Rubicon Alliance, LLC ("Rubicon"), CFI Fund, LLC ("CFI"), and NuPower, LLC ("NuPower"), and Relief Defendants Equity Edge Preferred Income Fund I, LLC, Equity Edge, LLC, and Equity Edge Companies, LLC (collectively, "Equity Edge")[1] respectfully request that the Court appoint a receiver in this matter with the power to marshal, conserve and, if necessary, operate the assets of the Receivership Entities and any entity that the Receivership Entities directly or indirectly control.  In support of this Motion, the Parties state as follows:

---

[1] Defendants Rubicon, CFI, and NuPower, and Relief Defendants Equity Edge are collectively referred to as the "Receivership Entities."

1. This case was filed on October 16, 2015. As described in the SEC's concurrently-filed Unopposed Motion for Entry of Final Judgments, the parties have agreed to settle this matter on the terms described in the proposed Final Judgments, and the Defendants and Relief Defendants agree that the Court has jurisdiction over them and the subject matter of this action.

2. As part of the settlement, the parties have agreed that the appointment of a receiver in this action is necessary and appropriate for the purposes of marshaling and preserving all assets of the Receivership Entities.

3. The SEC and Defendants and Relief Defendants previously conferred regarding potential candidates to serve as Receiver. The SEC staff interviewed three candidates that were agreeable to all parties and who confirmed that they possessed skill and experience, agreed to the SEC's standard billing and reporting requirements, and confirmed they had no conflicts in this matter. The SEC staff submitted information regarding the candidates' experience and billing rates to an internal SEC committee that reviews receiver proposals, and that committee approved of Cordes & Company. All parties would approve of the appointment of Cordes & Company, and respectfully submit that Cordes & Company, would be an appropriate receiver in this matter.

4. A proposed Order Appointing Receiver accompanies this Motion. The proposed Order has been reviewed by the parties and the parties' proposed receiver, Cordes & Company.

The parties therefore respectfully request that the Court appoint Cordes & Company as a receiver over the Receivership Entities in this matter.

Respectfully submitted this 24th day of July 2017.

<div style="margin-left: 3em;">

*s/ Danielle R. Voorhees*
Mark L. Williams
Danielle Voorhees
U.S. Securities and Exchange Commission
Denver Regional Office
1961 Stout Street, Suite 1700
Denver, CO 80294
(303) 844-1000
williamsml@sec.gov
voorheesd@sec.gov
*Counsel for Plaintiff*


*/s Matthew J. Smith*
Matthew J. Smith, Esq.
Brian Neil Hoffman, Esq.
Jessica J. Smith, Esq.
Holland & Hart LLP
555 17th Street, Ste. 3200
Denver, CO 80202
Email: MJSmith@hollandhart.com;
BNHoffman@hollandhart.com;
jjsmith@hollandhart.com
Counsel for Defendants and Relief Defendants

</div>

**CERTIFICATE OF SERVICE**

       I hereby certify that on July 24, 2017, a copy of the foregoing **JOINT MOTION FOR APPOINTMENT OF RECEIVER** was filed with the CM/ECF filing system which will send notification of such filing to the following:

Matthew J. Smith, Esq.
Brian Neil Hoffman, Esq.
Jessica J. Smith, Esq.
Holland & Hart LLP
555 17th Street, Ste. 3200
Denver, CO 80202
Email: MJSmith@hollandhart.com;
BNHoffman@hollandhart.com;
jjsmith@hollandhart.com

And a copy of the foregoing was also sent to Cordes & Co. via email at:

Patrick Donovan
pdonovan@cordesco.com

                                           s/ Nicole L. Nesvig
                                           Sr. Trial Paralegal