**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Case No. 15-cv-02301-CMA-MLC

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

DONALD J. LESTER,
RUBICON ALLIANCE, LLC,
CFI FUND, LLC, and
NUPOWER, LLC,

        Defendants,

EQUITY EDGE PREFERRED INCOME FUND I, LLC,
EQUITY EDGE, LLC, and
EQUITY EDGE COMPANIES, LLC,

        Relief Defendants.

---

**ORDER GRANTING RECEIVER'S MOTION TO AUTHORIZE INTERIM
DISTRIBUTION TO INVESTOR CLAIMANTS**

---

This matter comes before the Court on the Receiver's Motion to Authorize Interim Distribution to Investor Claimants ("the Motion") (Doc. # 129) filed by Cordes & Company as Receiver in this matter. In its Motion, the Receiver moves the Court to enter an order authorizing the Receiver to make an interim distribution of certain proceeds of its recoveries to the investor claimants of CFI and EEPI subject to the terms and conditions of the Motion, pursuant to § 8(L) and § 60 of this Court's Order

Appointing Receiver (Doc. # 86).[1] Having reviewed the Motion, the documentation attached thereto, and the case file; being advised that Plaintiff Securities and Exchange Commission does not oppose the Motion; and noting that no responses or objections to the Motion have been filed, the Court finds that good cause exists to grant the relief requested.

Accordingly, it is ORDERED as follows:

- the Receiver's Motion to Authorize Interim Distribution to Investor Claimants (Doc. # 129) is hereby GRANTED;

- the Receiver is authorized, but not directed, to make an interim distribution of funds to the investor claimants of CFI Fund, LLC, and Equity Edge Preferred Income Fund I, LLC, as contemplated in Schedules 3 and 4 to the Motion, but subject to the other terms and conditions set forth in the Motion;

- Any interim distributions made by the Receiver (and any interim calculations used to accomplish the interim distributions) shall be made without prejudice to the Receiver, claimants, or any other party in interest, and subject to a complete reservation of rights of the Receiver, claimants, or any other party in interest to seek adjustments to the calculation of or allowance of claims and/or to further reconcile and true-up or adjust distributions at the time a final distribution may be made in the future; and

---

[1] Section 8(L) of the Order Appointing Receiver provides that the Receiver shall have the powers and duties '[t]o take such other action as may be approved by this Court." (*Id.* at 6.) Section 60 provides that "[t]he Receiver may from time to time request that the Court enter additional orders to supplement, clarify or amend this Order, upon notice in accordance with this Order." (*Id.* at 20–21.)

- the Receiver has the authority to cancel the interim distribution if, in the Receiver's sole discretion, the Receiver determines that the process necessary to carry out the interim distribution will be too complicated and/or too costly to carry out.

DATED: August 25, 2020

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge