IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:15-cv-02301-CMA-MLC

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

DONALD J. LESTER,
RUBICON ALLIANCE, LLC,
CFI FUND, LLC, and
NUPOWER, LLC,

    Defendants,

EQUITY EDGE PREFERRED INCOME FUND I, LLC,
EQUITY EDGE, LLC, and
EQUITY EDGE COMPANIES, LLC,

    Relief Defendants.

---

### RECEIVER'S FIFTH APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

---

Cordes & Company, as Receiver in this matter ("Receiver"), through its counsel, Faegre Drinker Biddle & Reath LLP, hereby requests the entry of an order approving the Receiver's attached Fifth Application for Interim Compensation and Reimbursement of Expenses dated August 17, 2020 ("Application").

The Receiver's Application has been reviewed by counsel for the Securities and Exchange Commission and the Receiver has been advised that the Commission has no objection to the Application.

WHEREFORE, the Receiver respectfully requests the entry of an order approving the Receiver's Fifth Application for Interim Compensation and Reimbursement of Expenses and such other and further relief that the Court deems necessary and appropriate.

Respectfully submitted this 11th day of September, 2020.

FAEGRE DRINKER BIDDLE & REATH LLP

*s/ Bradford E. Dempsey*
Bradford E. Dempsey, #30160
1144 Fifteenth Street, Suite 3400
Denver, Colorado 80203
Telephone: (303) 607-3500
Facsimile:  (303) 607-3600
Email: brad.dempsey@FaegreDrinker.com

*Counsel for Cordes & Company*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 1:15-cv-02301-CMA-MLC

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

DONALD J. LESTER,
RUBICON ALLIANCE, LLC,
CFI FUND, LLC, and
NUPOWER, LLC,

      Defendants,

EQUITY EDGE PREFERRED INCOME FUND I, LLC,
EQUITY EDGE, LLC, and
EQUITY EDGE COMPANIES, LLC,

Relief Defendants.

---

**COVER SHEET TO RECEIVER'S FIFTH APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | |
|---|---|
| Name of Applicant: | Cordes & Company, Receiver<br>Robert E. Neirynck, Senior Director |
| Date of Order Authorizing Employment: | July 26, 2017 |
| Period for Which Interim Compensation is Sought: | April 1, 2019 through June 30, 2020 (2nd, 3rd and 4th Qtr 2019, and 1st and 2nd Quarter 2020) |
| Amount of Interim Fees Sought: | $141,370.85 |
| Amount of Interim Expense Reimbursement Sought: | $3,191.67 |

This is a(n): Interim Application [X]  Final Application [ ]

1

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
| 11/17/17 | 8/1/17 through 9/30/17 | $56,237.89 | $56,237.89 |
| 1/15/18 | 10/1/17 through 12/31/17 | $72,456.90 | $72,456.90 |
| 7/23/18 | 1/1/18 through 6/30/18 | $64,052.00 | $64,052.00 |
| 6/24/19 | 7/1/18 through 3/31/19 | $108,032.47 | $108,032.47 |

The aggregate amount of fees and expenses paid to the Receiver to date for services rendered and expenses incurred herein is $300,779.26.

## **CERTIFICATION**

1. I have read the Application.//
2. To the best of my knowledge, information and belief formed after reasonable inquiry, the Application and all fees and expenses therein are true and accurate and comply with the Billing instructions without exception.
3. All fees contained in the Application are based on the rates listed in the Applicant's fee schedule attached hereto and such fees are reasonable, necessary and commensurate with the skill and experience required for the activity performed.
4. The Applicant has not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that any such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission).
5. In seeking reimbursement for a service which the Applicant justifiably purchased or contracted for from a third party (such as copying, imaging, bulk mail, messenger service, overnight courier, computerized research, or title and lien searches), the Applicant requests reimbursement only for the amount billed to the Applicant by the third-party vendor. The Receiver is not making a profit from any such services performed by the Receiver.

Dated: August 17, 2020           By: /s/ Robert E. Neirynck
                                 Cordes & Company, Receiver
                                 Robert E. Neirynck
                                 Senior Director

2

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 1:15-cv-02301-CMA-MLC

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

DONALD J. LESTER,
RUBICON ALLIANCE, LLC,
CFI FUND, LLC, and
NUPOWER, LLC,

      Defendants,

EQUITY EDGE PREFERRED INCOME FUND I, LLC,
EQUITY EDGE, LLC, and
EQUITY EDGE COMPANIES, LLC,

Relief Defendants.

**RECEIVER'S FIFTH APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

  Robert E. Neirynck, Senior Director of Cordes & Company, the court-appointed receiver ("Receiver"), hereby respectfully applies to this Court for authority to make payment to Receiver in the amount of $144,562,52 representing $141,370.85 in interim compensation for professional services performed on behalf of the Receivership estate from April 1, 2019 to June 30, 2020 (2nd, 3rd and 4th Quarters of 2019, and 1st and 2nd Quarters of 2020) and $3,191.67 for reimbursement of expenses incurred during the same period.  In support hereof, the Receiver states as follows:

**INTRODUCTION**

  1.  The Receiver was appointed by Order of this Court upon joint motion of the Plaintiff U.S. Securities and Exchange Commission ("SEC," "Commission," or "Plaintiff"), Defendants Donald J. Lester, Rubicon Alliance, LLC, CFI Fund, LLC, and NuPower, LLC,

and Relief Defendants Equity Edge Preferred Income Fund I, LLC, Equity Edge, LLC, and Equity Edge Companies, LLC to appoint a receiver in the above-captioned action. Such Order was entered on July 26, 2017 ("Receiver Order"). Pursuant to such appointment, Receiver has provided professional receivership services commencing August 1, 2017, and will continue to provide services through the conclusion of the case.

2.     In connection with the performance of these duties, the Receiver necessarily incurred costs and expenses. By this Application, the Receiver seeks authorization of, and authorization to pay, $144,562.52 in interim compensation and reimbursement of expenses in the amounts of $141,370.85 and $3,191.67, respectively.

3.     The names and hourly rates of the Receiver's professionals and paraprofessionals (the "Fee Schedule") are attached hereto as **Exhibit B**.

4.     This Application is the fifth interim Application made by the Receiver and there are no amounts previously disallowed, nor are there any amounts of previous payments or amounts of any allowed Applications which remain unpaid.

## CASE STATUS

5.     The Receivership estate had cash on hand of $2,493,179.78 as of June 30, 2020, all of which was unencumbered (See **Exhibit A** – Standardized Fund Accounting Report). As of June 30, 2020, the accrued administrative expenses of the Receivership estate were approximately $144,563 consisting of the Receiver's unpaid fees and expenses as identified in this fee application. All other known administrative expenses of the Receivership estate (e.g. Receiver legal fees, website hosting costs, etc.) were current as of June 30, 2020.

6.     During the period of the Application, April 1, 2019 through June 30, 2020, the Receiver collected $2,037,555 consisting of $1,947,230 in distributions from Mountain Lion Village LLC, $90,000.00 from the settlement of a note receivable and $325 of miscellaneous receipts. The Receivership estate disbursed $177,269.96 during the period covered by this Application consisting of the Receiver's approved fees and expenses of $108,032.47, a short-term loan to ReRoc, LLC of $40,000 (which is expected to be repaid), website maintenance costs of $5,840.40, Receiver legal fees of $19,335.50 and other business expenses/costs of $4,061.59. The case is expected to close upon the final sale of the assets in the Receivership estate, however that date is currently not determinable based upon the nature of the remaining assets in the Estate.

7.     Known creditor claims consist of four categories of claims; (i) administrative expenses of the Receivership estate (i.e. Receiver's fees and expenses, Receiver legal fees, Receivership website costs, Receivership miscellaneous costs, etc.); (ii) investor debt certificates for funds invested by the investors to make loans to the Defendants and

4

accrued interest thereon; (iii) investor equity certificates reflecting equity investments in entities syndicated by these Defendants; and (iv) pre-receivership claims for legal fees incurred by the Defendants in defense of this action. The Receiver has provided notice to all known creditors of the amount of claims for such creditors as recorded in the books and records of the Defendants and has sought the individual creditors' verification or dispute of the amount of such claims. To the extent a creditor disputes the amount of any claim as recorded in the books and records of the Defendants, the Receiver will require a disputing creditor to provide evidence in support of the amount of its claim and examine such evidence in support of the creditor's claim to determine of the validity of such claim. Funds received by the Receivership estate from the operation or disposition of the assets are deposited into appropriate bank accounts maintained by the Receiver in accordance with the Receiver Order. As the Court is aware, the Receiver filed a motion and proposed order on July 27, 2020, titled *Receiver's Motion to Authorize Interim Distribution to Investor Claimants (the "Interim Motion")* [Dkt. 129], in which the Receiver requested authorization to disburse $2,000,000 to the individual claimants of the CFI Fund, LLC and the Equity Edge Preferred Income Fund I, LLC as an interim distribution on investor claims from funds recovered by the Receivership Estate. Refer to the Interim Motion for specific details regarding the request to disburse these funds. Once the Receiver liquidates the remaining assets in the Receivership Estate and funds the final Estate administrative costs, the Receiver anticipates recommending to the Court that a final distribution be made to the creditors of the estates in a manner similar to the methodology identified in the Interim Motion.

8. The current significant assets of the Receivership estate primarily consist of the following:

> **a. CFI Fund, LLC**. CFI Fund, LLC ("CFI") was formed in 2010 and issued debt certificates to investors for the stated purpose of using the proceeds to invest in "cash flow-producing assets" including, but not limited to investments in real estate, oil and gas producing assets, tax liens, promissory notes, mortgages, and other similar instruments or operating businesses. The debt certificates issued by CFI bore interest at 7% per annum, non-compounded, and were payable in either periodic payments or in a lump sum at maturity. The known significant remaining assets of CFI consist of ownership interests in ThunderWolves Apartments, LLC (described below), and ReRoc, LLC (described below). CFI has outstanding debt certificates of approximately $5.1 million, prior to consideration of a proposed $1,000,000 interim distribution as discussed above. Timing for disposition of the remaining assets in CFI is not certain as CFI holds a non-controlling minority interest in ThunderWolves Apartments, LLC and ReRoc, LLC is a highly leveraged private

5

operating company.

b. **CR Towers, LLLP**.  CR Towers, LLLP ("CR Towers") is an entity formed in 2008 to acquire four interior lots in a residential subdivision known as Cuchares Ranch located in Fountain, Colorado.  A cell tower was constructed on the lot by T-Mobile and use of the cell tower was leased to Verizon Wireless and T-Mobile.  Rubicon Alliance raised equity from four investors.  Of the monies raised, $60,000.00 was used to purchase a debt certificate issued by CFI. In 2014, CR Towers leased the income stream from the towers to an unrelated entity known as Unison Site Management for a term of 35 years in consideration of a lump sum payment of $144,000.00.  At the end of the 35-year term, the lease reverts to CR Towers.  The sale proceeds were not disbursed to the investors of CR Towers during 2014.  In 2015, Rubicon Alliance, LLC, the general partner of CR Towers, utilized $90,000.00 of the lease proceeds to purchase a debt certificate issued by EEPI.  Further, during 2015, CR Towers purchased the interest of one of the four investors for $45,045, but transferred that investor's 22.5% ownership interest to Rubicon Alliance, LLC rather than divide it among the investors.  Despite having been allocated income from the lease in 2014, none of the other three investors received any of the sales proceeds.  In 2016, Rubicon Alliance, LLC purportedly transferred its ownership interest in CR Towers to EEPI.  The Receiver has not yet determined the value of CR Towers.  Timing for disposition of the CR Towers asset has not yet been ascertained as the underlying value is likely very small and illiquid, although the Receiver has held a very preliminary discussion with the homeowners association for the location to see if they have an interest in possibly purchasing the ground.

c. **Equity Edge Preferred Income Fund I, LLC**.  Equity Edge Preferred Income Fund I, LLC ("EEPI") was formed in 2004 to provide investors with a "market-competitive rate of return" by investing primarily in fixed-income securities with relatively short-term maturities.  In exchange for an investment in EEPI, the investor received a certificate of debt for an amount equal to the principal amount due the investor at maturity.  In other words, the investors made loans to EEPI.  These investor loans were made in the form of unsecured promissory notes.  Initially, EEPI was investing in mortgages secured by manufactured homes (mobile homes), but later expanded its investments into other areas. EEPI is owned by Rubicon Alliance, LLC.  EEPI's current significant interests including

6

holdings in CR Towers, and ReRoc, LLC. Timing for disposition of EEPI is currently undetermined and is challenging for the reasons set forth above in the CFI and CR Towers sections.

d. **ReRoc, LLC**. ReRoc, LLC dba: Recycled Aggregate Products ("Rapco") is an entity that was formed in 2014 to acquire a concrete and asphalt recycling business. Rapco operates at fixed location in Colorado Springs under a land lease from the prior owners of the company, and also operates a mobile crushing unit to perform services for third-party clients at their specific location, as necessary. The acquisition of Rapco was financed with a combination of bank loans for acquisition and equipment, seller equipment financing, investor promissory notes and a small amount of investor equity. Rapco is operating and generating positive cash flow from operations. A portion of the excess cash flow was distributed to CFI and EEPI during the last part of 2017 through the first part of 2019. Since the first quarter of 2019, Rapco has not been in a position to make any distributions to the equity owners due to its struggling cash flow situation and significant leverage. For the year-ended December 31, 2019, Rapco reported EBITDA of approximately $290,000 on sales of $3.7 million. For the first six months of 2020, Rapco has maintained EBITDA of approximately $400,000 on sales of roughly $1.45 million. Receivership Defendants CFI and EEPI each own 38.25% of Rapco. As with the other entities, RAPCO is highly leveraged given its bank loans, its third-party equipment loans and its unsecured investor notes. The Receiver has been attempting to slowly de-leverage the company. The Receiver has also been considering a sale of the entity depending on the market and the continued improving operating metrics of the Company.

e. **Rubicon Alliance, LLC**. Rubicon Alliance, LLC ("Rubicon") was formed in May 2006 as an investment company. Rubicon is the 100% owner of CFI and EEPI, and it served as the manager of the various investment entities that it syndicated, taking ownership interest in the entities. During November 2016, Rubicon purported to transfer all its assets to EEPI in exchange for EEPI assuming all of Rubicon's liabilities. Rubicon is a holding company and it owns CFI and EEPI. It will not be disposed until those entities are liquidated.

f. **ThunderWolves Apartments, LLC**. ThunderWolves Apartments, LLC ("ThunderWolves") is a student housing apartment project

located in Pueblo, Colorado abutting the campus of Colorado State University Pueblo. The development is being built in phases, and when completed, is anticipated to have a capacity of 568 beds. Currently, ThunderWolves has a capacity of 384 beds and owns an additional 12.5-acre site for future development. The existing student housing units are encumbered by a deed of trust securing a loan in the original principal amount of $10,550,000.00 (principal balance of $9,331,799 at June 30, 2020). The future development site is encumbered by a deed of trust securing a separate loan in the original principal amount of $2,108,382 (principal balance of approximately $1,893,839 at June 30, 2020). Occupancy for the 2020/2021 school year has suffered somewhat due to uncertainty regarding the Covid-19 pandemic and how it may adversely affect the school year on the campus. CFI owns 43.8774% of ThunderWolves. Based upon current occupancy levels, and the significant debt on the property, the property is not generating any significant excess cash flow after debt service. Additionally, the uncertainty regarding future occupancy that is, obviously, driven by on-campus student population, caused by the pandemic (at least in the near-term) has not positively affected the value of the member interest held by CFI. Disposition of the underlying property (i.e. the ThunderWolves apartment and related land) is outside the control of the Receiver due to the non-controlling minority interest owned by CFI. Further, there are limitations and challenges with respect to liquidating the CFI member interest given the terms of the operating agreement that governs CFI.

## **CURRENT AND PREVIOUS BILLINGS**

9. During the current Application period from April 1, 2019 through June 30, 2020, the Receiver's professional staff incurred a total of 654 hours totaling $141,370.85 in fees and $3,191.67 of expenses resulting in total compensation and expenses of $144,562.52 sought by the Receiver in this current fee application. The above identified fees result in an average hourly rate of approximately $216. The identified expenses primarily consist of mileage reimbursement ($1,842) related to trips to Colorado Springs from Denver, storage costs for hard copy records storage ($800), some license and fees ($90) and miscellaneous postage/copies ($459). Refer to the summary below. As noted, previous applications for compensation and expenses have been made by the Receiver and the Court previously awarded such compensation and expenses. A summary of total hours billed and total amount of billing during the current Application Period is as follows:

8

| Billing Category | Apr-19 Hours | Fees | May-19 Hours | Fees | Jun-19 Hours | Fees |
|---|---|---|---|---|---|---|
| Accounting and Auditing | 0.00 | 0.00 | 0.50 | 69.75 | 0.30 | 41.85 |
| Asset Rev/Rec | 5.00 | 1,237.50 | 6.40 | 1,584.00 | 8.40 | 2,116.80 |
| Business Operations | 33.50 | 8,461.35 | 26.40 | 6,501.25 | 19.60 | 4,836.85 |
| Claims Administration | 9.50 | 2,211.85 | 13.90 | 3,179.25 | 2.00 | 450.00 |
| Status Reports | 0.00 | 0.00 | 16.40 | 1,262.25 | 0.00 | 0.00 |
| Tax Issues | 20.10 | 3,458.40 | 8.70 | 1,324.50 | 0.90 | 222.75 |
| Travel | 6.00 | 742.50 | 9.00 | 1,113.75 | 9.00 | 1,113.75 |
| *Total Hours and Fees* | *74.10* | *16,111.60* | *81.30* | *15,034.75* | *40.20* | *8,782.00* |

| Expenses | Apr-19 Miles | Amount | May-19 Miles | Amount | Jun-19 Miles | Amount |
|---|---|---|---|---|---|---|
| License and Fees | N/A | 30.00 | N/A | 0.00 | N/A | 0.00 |
| Storage Expense | N/A | 0.00 | N/A | 0.00 | N/A | 0.00 |
| Copies/Postage/Supplies | N/A | 2.50 | N/A | 0.00 | N/A | 1.80 |
| Mileage @ $0.58/mile | 260 | 150.80 | 390 | 226.20 | 390 | 226.20 |
| *Total Expenses* | *260.00* | *183.30* | *390.00* | *226.20* | *390.00* | *228.00* |

| Total Fees and Expenses | | $16,294.90 | | $15,260.95 | | $9,010.00 |
|---|---|---|---|---|---|---|

| Billing Category | Jul-19 Hours | Fees | Aug-19 Hours | Fees | Sep-19 Hours | Fees |
|---|---|---|---|---|---|---|
| Accounting and Auditing | 2.20 | 55.80 | 0.00 | 0.00 | 0.30 | 41.85 |
| Asset Rev/Rec | 17.20 | 4,257.00 | 31.80 | 7,848.00 | 7.80 | 1,930.50 |
| Business Operations | 19.80 | 4,711.50 | 13.80 | 3,406.50 | 23.50 | 5,811.75 |
| Claims Administration | 0.20 | 45.00 | 0.30 | 67.50 | 0.20 | 45.00 |
| Status Reports | 0.70 | 173.25 | 0.00 | 0.00 | 11.50 | 2,839.50 |
| Tax Issues | 8.10 | 1,711.00 | 23.00 | 4,314.45 | 0.90 | 133.00 |
| Travel | 4.00 | 495.00 | 6.00 | 742.50 | 6.00 | 742.50 |
| *Total Hours and Fees* | *52.20* | *11,448.55* | *74.90* | *16,378.95* | *50.20* | *11,544.10* |

9

|  | Jul-19 |  | Aug-19 |  | Sep-19 |  |
|---|---|---|---|---|---|---|
| **Expenses** |  |  |  |  |  |  |
| License and Fees | N/A | 0.00 | N/A | 10.00 | N/A | 0.00 |
| Storage Expense | N/A | 0.00 | N/A | 0.00 | N/A | 80.00 |
| Copies/Postage/Supplies | N/A | 0.00 | N/A | 53.45 | N/A | 12.45 |
| Mileage @ $0.58/mile | 321 | 186.18 | 260 | 150.80 | 260 | 150.80 |
| *Total Expenses* | *321.00* | *186.18* | *260.00* | *214.25* | *260.00* | *243.25* |

| *Total Fees and Expenses* | $11,634.73 | $16,593.20 | $11,787.35 |
|---|---|---|---|

|  | Oct-19 |  | Nov-19 |  | Dec-19 |  |
|---|---|---|---|---|---|---|
| **Billing Category** | **Hours** | **Fees** | **Hours** | **Fees** | **Hours** | **Fees** |
| Accounting and Auditing | 0.70 | 97.65 | 0.00 | 0.00 | 0.20 | 27.90 |
| Asset Rev/Rec | 18.80 | 4,653.00 | 5.30 | 1,311.75 | 9.80 | 2,425.50 |
| Business Operations | 26.20 | 6,484.50 | 14.30 | 3,539.25 | 15.60 | 3,861.00 |
| Claims Administration | 1.00 | 229.50 | 1.30 | 321.75 | 1.60 | 384.75 |
| Status Reports | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Travel | 6.00 | 742.50 | 6.00 | 742.50 | 6.00 | 742.50 |
| *Total Hours and Fees* | *52.70* | *12,207.15* | *26.90* | *5,915.25* | *33.20* | *7,441.65* |

|  | Oct-19 |  | Nov-19 |  | Dec-19 |  |
|---|---|---|---|---|---|---|
| **Expenses** |  |  |  |  |  |  |
| License and Fees | N/A | 0.00 | N/A | 0.00 | N/A | 0.00 |
| Storage Expense | N/A | 80.00 | N/A | 0.00 | N/A | 160.00 |
| Copies/Postage/Supplies | N/A | 1.50 | N/A | 0.00 | N/A | 0.00 |
| Mileage @ $0.58/mile | 260 | 150.80 | 260 | 150.80 | 260 | 150.80 |
| *Total Expenses* | *260.00* | *232.30* | *260.00* | *150.80* | *260.00* | *310.80* |

| *Total Fees and Expenses* | $12,439.45 | $6,066.05 | $7,752.45 |
|---|---|---|---|

10

| Billing Category | Jan-20 Hours | Jan-20 Fees | Feb-20 Hours | Feb-20 Fees | Mar-20 Hours | Mar-20 Fees |
|---|---|---|---|---|---|---|
| Accounting and Auditing | 0.70 | 97.65 | 0.00 | 0.00 | 0.50 | 69.75 |
| Asset Rev/Rec | 6.00 | 1,485.00 | 0.20 | 49.50 | 0.80 | 198.00 |
| Business Operations | 13.10 | 3,242.25 | 8.10 | 2,004.75 | 9.80 | 2,389.60 |
| Claims Administration | 1.10 | 256.50 | 2.30 | 562.50 | 1.00 | 231.75 |
| Status Reports | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 1.30 | 188.35 |
| Travel | 6.00 | 742.50 | 0.00 | 0.00 | 3.00 | 371.25 |
| **Total Hours and Fees** | **26.90** | **5,823.90** | **10.60** | **2,616.75** | **16.40** | **3,448.70** |

| Expenses | Jan-20 | Jan-20 | Feb-20 | Feb-20 | Mar-20 | Mar-20 |
|---|---|---|---|---|---|---|
| License and Fees | N/A | 0.00 | N/A | 0.00 | N/A | 40.00 |
| Storage Expense | N/A | 80.00 | N/A | 0.00 | N/A | 0.00 |
| Copies/Postage/Supplies | N/A | 0.50 | N/A | 0.50 | N/A | 0.50 |
| Mileage @ $0.575/mile | 260 | 149.50 | 0 | 0.00 | 130 | 74.75 |
| **Total Expenses** | **260.00** | **230.00** | **0.00** | **0.50** | **130.00** | **115.25** |

| Total Fees and Expenses | | $6,053.90 | | $2,617.25 | | $3,563.95 |
|---|---|---|---|---|---|---|

| Billing Category | Apr-20 Hours | Apr-20 Fees | May-20 Hours | May-20 Fees | Jun-20 Hours | Jun-20 Fees |
|---|---|---|---|---|---|---|
| Accounting and Auditing | 0.30 | 41.85 | 0.20 | 27.90 | 0.60 | 83.70 |
| Asset Rev/Rec | 0.20 | 49.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Business Operations | 9.00 | 2,191.60 | 12.60 | 3,082.60 | 14.10 | 3,417.95 |
| Claims Administration | 2.00 | 488.25 | 1.20 | 288.00 | 0.80 | 191.25 |
| Status Reports | 14.40 | 3,559.00 | 0.90 | 222.75 | 14.70 | 3,638.25 |
| Tax Issues | 1.00 | 247.50 | 0.60 | 148.50 | 38.60 | 6,567.65 |
| Travel | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 371.25 |
| **Total Hours and Fees** | **26.90** | **6,577.70** | **15.50** | **3,769.75** | **71.80** | **14,270.05** |

11

US.129003721.02

|  | Apr-20 | | May-20 | | Jun-20 | |
|---|---|---|---|---|---|---|
| **Expenses** | | | | | | |
| License and Fees | N/A | 10.00 | N/A | 0.00 | N/A | 0.00 |
| Storage Expense | N/A | 240.00 | N/A | 160.00 | N/A | 0.00 |
| Copies/Postage/Supplies | N/A | 58.55 | N/A | 203.24 | N/A | 124.30 |
| Mileage @ $0.575/mile | 0 | 0.00 | 0 | 0.00 | 130 | 74.75 |
| *Total Expenses* | *0.00* | *308.55* | *0.00* | *363.24* | *130.00* | *199.05* |

*Total Fees and Expenses*         $6,886.25         $4,132.99         $14,469.10

| | Total for Billing Period | |
|---|---|---|
| **Billing Category** | **Hours** | **Fees** |
| Accounting and Auditing | 6.50 | 655.65 |
| Asset Rev/Rec | 117.70 | 29,146.05 |
| Business Operations | 259.40 | 63,942.70 |
| Claims Administration | 38.40 | 8,952.85 |
| Status Reports | 58.60 | 11,695.00 |
| Tax Issues | 103.20 | 18,316.10 |
| Travel | 70.00 | 8,662.50 |

*Total Hours and Fees*    653.80    141,370.85

| | Total for Billing Period | |
|---|---|---|
| **Expenses** | **Miles** | **Amount** |
| License and Fees | N/A | **90.00** |
| Storage Expense | N/A | **800.00** |
| Copies/Postage/Supplies | N/A | **459.29** |
| Mileage @ $0.58/.575/mile | **3,181.00** | **1,842.38** |

*Total Expenses*    3,181.00    3,191.67

*Total Fees and Expenses*         $144,562.52

12

A summary of the total hours billed and total amount of billing for each person who incurred time during the Application period by Activity Category is identified in the schedules at **Exhibit C**. Additionally, the Receiver's detailed billing for each of the Activity Categories is also attached hereto as **Exhibits C1 through C7.**

The total hours worked, the billing rate and total fees charged by each professional is summarized as follows.

| Professional | Category | Rate | Hours | Fees |
|---|---|---|---|---|
| Robert Neirynck | Business Operations | $247.50 | 244.70 | $60,563.25 |
| | Asset Rec/Rev | $247.50 | 113.90 | $28,190.25 |
| | Claims Administration | $247.50 | 15.30 | $3,786.75 |
| | Status Reports | $247.50 | 46.60 | $11,533.50 |
| | Status Reports | $0.00 | 11.30 | $0.00 |
| | Tax Issues | $247.50 | 29.20 | $7,227.00 |
| | Travel | $123.75 | 70.00 | $8,662.50 |
| **Totals - Neirynck** | | | **531.00** | **$119,963.25** |

| Professional | Category | Rate | Hours | Fees |
|---|---|---|---|---|
| Edward Cordes | Business Operations | $436.50 | 1.40 | $611.10 |
| | Asset Rec/Rev | $436.50 | 0.20 | $87.30 |
| | Tax Issues | $436.50 | 0.40 | $174.60 |
| **Totals - Cordes** | | | **2.00** | **$873.00** |

| Professional | Category | Rate | Hours | Fees |
|---|---|---|---|---|
| Mark Wagner | Business Operations | $225.00 | 9.70 | $2,182.50 |
| | Claims Administration | $225.00 | 22.90 | $5,152.50 |
| | Asset Rec/Rev | $225.00 | 1.00 | $225.00 |
| | Status Reports | $225.00 | 0.30 | $67.50 |
| | Status Reports | $235.00 | 0.40 | $94.00 |
| | Tax Issues | $235.00 | 0.10 | $23.50 |
| | Tax Issues | $225.00 | 1.30 | $292.50 |
| **Totals - Wagner** | | | **35.70** | **$8,037.50** |

| Professional | Category | Rate | Hours | Fees |
|---|---|---|---|---|
| Matt Armstrong | Business Operations | $247.50 | 1.90 | $470.25 |
| | Asset Rec/Rev | $247.50 | 2.60 | $643.50 |
| **Totals - Armstrong** | | | **4.50** | **$1,113.75** |

13

US.129003721.02

| Professional | Category | Rate | Hours | Fees |
|---|---|---|---|---|
| **C Lynn Byrd** | Tax Issues | **$150.00** | **68.40** | **$10,260.00** |
| **Michael Staheli** | Tax Issues | **$335.00** | **0.30** | **$100.50** |
| Beverly Blank | Accounting & Auditing | **$139.50** | **4.70** | **$655.65** |
|  | Accounting & Auditing | **$0.00** | **1.80** | **$0.00** |
| **Totals - Blank** |  |  | **6.50** | **$655.65** |
| Denise Davis | Business Operations | $68.00 | 1.70 | $115.60 |
|  | Claims Administration | $68.00 | 0.20 | $13.60 |
|  | Tax Issues | $68.00 | 3.50 | $238.00 |
| **Totals - Davis** |  |  | **5.40** | **$367.20** |
| **Totals** |  |  | **653.80** | **$141,370.85** |

14

In general, the work and activities performed by the Receiver during the fee application period provided benefits to the Receivership Estate including, but not limited to, the following:

- The completion of the 2018 tax returns for the various entities under the Receiver's control and preparation for the completion of the 2019 tax returns for the entities.
- Continued oversight, direction and work related to the continued business operations of ReRoc, LLC, an important asset of the Receivership estate, including the continued paydown of the debt obligations and the stabilization of the operations.
- Preliminary work on developing due diligence material for the eventual sale of the ReRoc, LLC entity, as well as some initial marketing of this entity for sale.
- Continued work and communication with investors regarding the investor website and communications with individual investors related to inquiries, amounts owed and the status of Receivership operations.
- Monitoring, review and discussions with Nick Pannunzio, owner of Pannunzio Inc., the managing member of Mountain Lion Village, LLC ("MLV") related to the sale of the underlying student housing property owned by MLV, recovery of substantial proceeds, and the subsequent effort to seek authority to make a interim distribution from such recoveries to the investors thereon, including CFI and EEPI.
- Monitoring, review and discussions with Nick Pannunzio, owner of Pannunzio, Inc., as the managing member of Thunderwolves, LLC regarding the status, upkeep and financial activity of the student housing property owned by Thunderwolves, LLC.
- Research, claims investigation, and accounting/financial work related to investments held by the funds and the monitoring thereon.
- Enforcements and efficient settlement of the defaulted Dr. Brady CFI promissory note for cash funds recovered to the Receivership Estate.
- Preliminary work on the schedules and motion related to the *Receiver's Motion to Authorize Interim Distribution to Investor Claimants*, which was filed with the Court in July 2020.
- Preparation of quarterly status reports of the Receivership activities.
- Performance of other ordinary course administrative activities necessary to further stabilize, preserve, and enhance the Receivership Estate for the benefit of investors.

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2020, a copy of the foregoing **RECEIVER'S FIFTH APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES** was filed with the CM/ECF filing system which will send notification of such filing to the following:

Mark L. Williams, Esq.
U.S. Securities and Exchange Commission
Denver Regional Office
1961 Stout Street, Suite 1700
Denver, CO 80294
**COUNSEL FOR PLAINTIFF**

I also certify that on September 11, 2020, a copy of document referenced above was sent via First Class U.S. Mail & Email to the following:

Mr. Donald J. Lester
764 Fox Run Circle
Colorado Springs, CO 80921
donaldlester@outlook.com

**DEFENDANT**

*s/* Bradford E. Dempsey

US.129357017.01