# Exhibit A – Standardized Fund Accounting Reports

**Q2 2019**

**Q3 2019**

**Q4 2019**

**Q1 2020**

**Q2 2020**

**Standardized Fund Accounting Report for SEC v Donald J. Lester, Rubicon Alliance, LLC, et al. - Cash Basis**
Receivership Case No. 1:15-cv-20301-CMA-MLC
Reporting Period 4/1/2019 to 9/30/2019

## Fund Accounting

| | | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| Line 1 | Beginning Balance (As of 3/31/2019) | | | $632,894.74 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | 0.00 | | |
| Line 3 | Cash and Securities | 0.00 | | |
| Line 4 | Interest/Dividend Income | 0.00 | | |
| Line 5 | Busines Asset Liquidation | 0.00 | | |
| Line 6 | Personal Asset Liquidation | 0.00 | | |
| Line 7 | Third-Party Litigation Income | 0.00 | | |
| Line 8 | Miscellaneous | 0.00 | | |
| | **Total Funds Available (Lines 1-8)** | | 0.00 | 632,894.74 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | 115,456.62 | | |
| Line 10b | *Business Asset Expenses* | 3,951.58 | | |
| Line 10c | *Personal Asset Expenses* | 0.00 | | |
| Line 10d | *Investment Expenses* | 0.00 | 119,408.20 | |
| Line 10e | *Third-party Litigation Expenses* | | | |
| | 1. Attorney Fees | 0.00 | | |
| | 2. Litigation Expenses | 0.00 | | |
| | *Total Third-Party Litigation Expenses* | | 0.00 | |
| Line 10f | *Tax Administrator Fees and Bonds* | 0.00 | | |
| Line 10g | *Federal and State Tax Related Payments* | 0.00 | | |
| | | | 0.00 | |
| | **Total Disbursements for Receivership Operations** | | 119,408.20 | 119,408.20 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | 0.00 | | |
| | Independent Distribution Consultant (IDC) | 0.00 | | |
| | Distribution Agent | 0.00 | | |
| | Consultants | 0.00 | | |
| | Legal Advisers | 0.00 | | |
| | Tax Advisers | 0.00 | | |
| | 2. Administrative Expenses | 0.00 | | |
| | 3. Miscellaneous Expenses | 0.00 | | |
| | *Total Plan Development Expenses* | | 0.00 | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | 0.00 | | |
| | IDC | 0.00 | | |
| | Distribution Agent | 0.00 | | |
| | Consultants | 0.00 | | |
| | Legal Advisers | 0.00 | | |
| | Tax Advisers | 0.00 | | |
| | 2. Administrative Expenses | 0.00 | | |
| | 3. Investor Identification: | 0.00 | | |
| | Notice/Publishing Approved Plan | 0.00 | | |
| | Claimant Identification | 0.00 | | |
| | Claims Processing | 0.00 | | |
| | Web Site Maintenance/Call Center | 1,884.00 | | |
| | 4. Fund Administrator Bond | 0.00 | | |
| | 5. Miscellaneous | 0.00 | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expense | 0.00 | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | 1,884.00 | 1,884.00 |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | 0.00 | | |
| Line 12b | *Federal Tax Payments* | 0.00 | | |
| | **Total Disbursements to Court/Other:** | | 0.00 | 0.00 |
| | **Total Funds Disbursed (Lines 9-12):** | | | 121,292.20 |
| Line 13 | Ending Balance (As of 9/30/2019) | | | $511,602.54 |

Standardized Fund Accounting Report for SEC v Donald J. Lester, Rubicon Alliance, LLC, et al. - Cash Basis
Receivership Case No. 1:15-cv-20301-CMA-MLC
Reporting Period 4/01/2019 to 9/30/2019

| Line 14 | Ending Balance of Fund - Net Assets: | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| Line 14a | Cash & Cash Equivalents | 511,602.54 | | |
| Line 14b | Investments | 0.00 | | |
| Line 14c | Other Assets or Uncleared Funds | 0.00 | | |
| | Total Ending Balance of Fund - Net Assets | | 511,602.54 | 511,602.54 |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| | Report of Items NOT To Be Paid by the Fund: | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| | Fund Administrator | 0.00 | | |
| | Independent Distribution Consultant (IDC) | 0.00 | | |
| | Distribution Agent | 0.00 | | |
| | Consultants | 0.00 | | |
| | Legal Advisers | 0.00 | | |
| | Tax Advisers | 0.00 | | |
| | 2. Administrative Expenses | 0.00 | | |
| | 3. Miscellaneous Expenses | 0.00 | | |
| | Total Plan Development Expenses Not Paid by the Fund | | 0.00 | 0.00 |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| | Fund Administrator | 0.00 | | |
| | IDC | 0.00 | | |
| | Distribution Agent | 0.00 | | |
| | Consultants | 0.00 | | |
| | Legal Advisers | 0.00 | | |
| | Tax Advisers | 0.00 | | |
| | 2. Administrative Expenses | 0.00 | | |
| | 3. Investor Identification: | 0.00 | | |
| | Notice/Publishing Approved Plan | 0.00 | | |
| | Claimant Identification | 0.00 | | |
| | Claims Processing | 0.00 | | |
| | Web Site Maintenance/Call Center | 0.00 | | |
| | 4. Fund Administrator Bond | 0.00 | | |
| | 5. Miscellaneous | 0.00 | | |
| | 6. FAIR Reporting Expense | 0.00 | | |
| | Total Plan Implementation Expenses Not Paid by the Fund | | 0.00 | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | 0.00 | |
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | 0.00 |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| Line 16a | Investment Expenses/CRIS Fees | 0.00 | | |
| Line 16b | Federal Tax Payments | 0.00 | | |
| | Total Disbursements to Court/Other Not Paid by the Fund: | | 0.00 | 0.00 |
| Line 17 | DC & State Tax Payments | 0.00 | 0.00 | 0.00 |
| Line 18 | No. of Claims: | | | |
| Line 18a | # of Claims Received this Reporting Period | | | 0 |
| Line 18b | # of Claims Received Since Inception of the Fund | | | 0 |
| Line 19 | No. of Claimants/Investors: | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period | | | 0 |
| Line 19b | # of Claimants/Investors Paid Since Inception of the Fund | | | 0 |

Receiver:

By: /S/ Robert E. Neirynck
(signature)
Robert E. Neirynck
(printed name)

Senior Director
(title)

Date:  September 30, 2019

**Standardized Fund Accounting Report for SEC v Donald J. Lester, Rubicon Alliance, LLC, et al. - Cash Basis**
Receivership Case No. 1:15-cv-20301-CMA-MLC
Reporting Period 10/1/2019 to 3/31/2020

| Fund Accounting | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 9/30/2019) | | | $511,602.54 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | 0.00 | | |
| Line 3 | Cash and Securities | 0.00 | | |
| Line 4 | Interest/Dividend Income | 0.00 | | |
| Line 5 | Busines Asset Liquidation | 2,037,230.00 | | |
| Line 6 | Personal Asset Liquidation | 0.00 | | |
| Line 7 | Third-Party Litigation Income | 0.00 | | |
| Line 8 | Miscellaneous | 325.00 | | |
| | **Total Funds Available (Lines 1-8)** | | 2,037,555.00 | 2,549,157.54 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | 9,513.00 | | |
| Line 10b | Business Asset Expenses (Short-term loan to ReRoc) | 40,000.00 | | |
| Line 10c | Personal Asset Expenses | 0.00 | | |
| Line 10d | Investment Expenses | 40.00 | 49,553.00 | |
| Line 10e | Third-party Litigation Expenses | | | |
| | 1. Attorney Fees | 0.00 | | |
| | 2. Litigation Expenses | 0.00 | | |
| | *Total Third-Party Litigation Expenses* | | 0.00 | |
| Line 10f | Tax Administrator Fees and Bonds | 0.00 | | |
| Line 10g | Federal and State Tax Related Payments | 69.86 | 69.86 | |
| | **Total Disbursements for Receivership Operations** | | 49,622.86 | 49,622.86 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | 0.00 | | |
| | Independent Distribution Consultant (IDC) | 0.00 | | |
| | Distribution Agent | 0.00 | | |
| | Consultants | 0.00 | | |
| | Legal Advisers | 0.00 | | |
| | Tax Advisers | 0.00 | | |
| | 2. Administrative Expenses | 0.00 | | |
| | 3. Miscellaneous Expenses | 0.00 | | |
| | *Total Plan Development Expenses* | | 0.00 | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | 0.00 | | |
| | IDC | 0.00 | | |
| | Distribution Agent | 0.00 | | |
| | Consultants | 0.00 | | |
| | Legal Advisers | 0.00 | | |
| | Tax Advisers | 0.00 | | |
| | 2. Administrative Expenses | 0.00 | | |
| | 3. Investor Identification: | 0.00 | | |
| | Notice/Publishing Approved Plan | 0.00 | | |
| | Claimant Identification | 0.00 | | |
| | Claims Processing | 0.00 | | |
| | Web Site Maintenance/Call Center | 2,920.20 | | |
| | 4. Fund Administrator Bond | 0.00 | | |
| | 5. Miscellaneous | 0.00 | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expense | 0.00 | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | 2,920.20 | 2,920.20 |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | 0.00 | | |
| Line 12b | Federal Tax Payments | 0.00 | | |
| | **Total Disbursements to Court/Other:** | | 0.00 | 0.00 |
| | **Total Funds Disbursed (Lines 9-12):** | | | 52,543.06 |
| Line 13 | Ending Balance (As of 3/31/2020) | | | $2,496,614.48 |

**Standardized Fund Accounting Report for SEC v Donald J. Lester, Rubicon Alliance, LLC, et al. - Cash Basis**
**Receivership Case No. 1:15-cv-20301-CMA-MLC**
**Reporting Period 10/01/2019 to 3/31/2020**

| Line 14 | Ending Balance of Fund - Net Assets: | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| Line 14a | Cash & Cash Equivalents | 2,496,614.48 | | |
| Line 14b | Investments | 0.00 | | |
| Line 14c | Other Assets or Uncleared Funds | 0.00 | | |
| | Total Ending Balance of Fund - Net Assets | | 2,496,614.48 | 2,496,614.48 |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| | Report of Items NOT To Be Paid by the Fund: | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| | Fund Administrator | 0.00 | | |
| | Independent Distribution Consultant (IDC) | 0.00 | | |
| | Distribution Agent | 0.00 | | |
| | Consultants | 0.00 | | |
| | Legal Advisers | 0.00 | | |
| | Tax Advisers | 0.00 | | |
| | 2. Administrative Expenses | 0.00 | | |
| | 3. Miscellaneous Expenses | 0.00 | | |
| | Total Plan Development Expenses Not Paid by the Fund | | 0.00 | 0.00 |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| | Fund Administrator | 0.00 | | |
| | IDC | 0.00 | | |
| | Distribution Agent | 0.00 | | |
| | Consultants | 0.00 | | |
| | Legal Advisers | 0.00 | | |
| | Tax Advisers | 0.00 | | |
| | 2. Administrative Expenses | 0.00 | | |
| | 3. Investor Identification: | 0.00 | | |
| | Notice/Publishing Approved Plan | 0.00 | | |
| | Claimant Identification | 0.00 | | |
| | Claims Processing | 0.00 | | |
| | Web Site Maintenance/Call Center | 0.00 | | |
| | 4. Fund Administrator Bond | 0.00 | | |
| | 5. Miscellaneous | 0.00 | | |
| | 6. FAIR Reporting Expense | 0.00 | | |
| | Total Plan Implementation Expenses Not Paid by the Fund | | 0.00 | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | 0.00 | |
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | 0.00 |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| Line 16a | Investment Expenses/CRIS Fees | 0.00 | | |
| Line 16b | Federal Tax Payments | 0.00 | | |
| | Total Disbursements to Court/Other Not Paid by the Fund: | | 0.00 | 0.00 |
| Line 17 | DC & State Tax Payments | 0.00 | 0.00 | 0.00 |
| Line 18 | No. of Claims: | | | |
| Line 18a | # of Claims Received this Reporting Period | | | 0 |
| Line 18b | # of Claims Received Since Inception of the Fund | | | 0 |
| Line 19 | No. of Claimants/Investors: | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period | | | 0 |
| Line 19b | # of Claimants/Investors Paid Since Inception of the Fund | | | 0 |

Receiver:

By: /S/ Robert E. Neirynck
(signature)
Robert E. Neirynck
(printed name)

Senior Director
(title)

Date:  April 27, 2020

**Standardized Fund Accounting Report for SEC v Donald J. Lester, Rubicon Alliance, LLC, et al. - Cash Basis**
**Receivership Case No. 1:15-cv-20301-CMA-MLC**
**Reporting Period 4/1/2020 to 6/30/2020**

| Fund Accounting | | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| Line 1 | Beginning Balance (As of 3/31/2019) | | | $2,496,614.48 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | 0.00 | | |
| Line3 | Cash and Securities | 0.00 | | |
| Line 4 | Interest/Dividend Income | 0.00 | | |
| Line 5 | Busines Asset Liquidation | 0.00 | | |
| Line 6 | Personal Asset Liquidation | 0.00 | | |
| Line 7 | Third-Party Litigation Income | 0.00 | | |
| Line 8 | Miscellaneous | 0.00 | | |
| | Total Funds Available (Lines 1-8) | | 0.00 | 2,496,614.48 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | 2,398.50 | | |
| Line 10b | *Business Asset Expenses (Short-term loan to ReRoc)* | 0.00 | | |
| Line 10c | *Personal Asset Expenses* | 0.00 | | |
| Line 10d | *Investment Expenses* | 0.00 | 2,398.50 | |
| Line 10e | *Third-party Litigation Expenses* | | | |
| | 1. Attorney Fees | 0.00 | | |
| | 2. Litigation Expenses | 0.00 | | |
| | Total Third-Party Litigation Expenses | | 0.00 | |
| Line 10f | *Tax Administrator Fees and Bonds* | 0.00 | | |
| Line 10g | *Federal and State Tax Related Payments* | 0.00 | 0.00 | |
| | Total Disbursements for Receivership Operations | | 2,398.50 | 2,398.50 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | 0.00 | | |
| | Independent Distribution Consultant (IDC) | 0.00 | | |
| | Distribution Agent | 0.00 | | |
| | Consultants | 0.00 | | |
| | Legal Advisers | 0.00 | | |
| | Tax Advisers | 0.00 | | |
| | 2. Administrative Expenses | 0.00 | | |
| | 3. Miscellaneous Expenses | 0.00 | | |
| | Total Plan Development Expenses | | 0.00 | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | 0.00 | | |
| | IDC | 0.00 | | |
| | Distribution Agent | 0.00 | | |
| | Consultants | 0.00 | | |
| | Legal Advisers | 0.00 | | |
| | Tax Advisers | 0.00 | | |
| | 2. Administrative Expenses | 0.00 | | |
| | 3. Investor Identification: | 0.00 | | |
| | Notice/Publishing Approved Plan | 0.00 | | |
| | Claimant Identification | 0.00 | | |
| | Claims Processing | 0.00 | | |
| | Web Site Maintenance/Call Center | 1,036.20 | | |
| | 4. Fund Administrator Bond | 0.00 | | |
| | 5. Miscellaneous | 0.00 | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expense | 0.00 | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | 1,036.20 | 1,036.20 |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | 0.00 | | |
| Line 12b | *Federal Tax Payments* | 0.00 | | |
| | Total Disbursements to Court/Other: | | 0.00 | 0.00 |
| | **Total Funds Disbursed (Lines 9-12):** | | | 3,434.70 |
| Line 13 | Ending Balance (As of 6/30/2020) | | | $2,493,179.78 |

**Standardized Fund Accounting Report for SEC v Donald J. Lester, Rubicon Alliance, LLC, et al. - Cash Basis**
**Receivership Case No. 1:15-cv-20301-CMA-MLC**
**Reporting Period 4/01/2020 to 6/30/2020**

| | | | | |
|---|---|---|---:|---:|
| Line 14 | **Ending Balance of Fund - Net Assets:** | | | |
| Line 14a | *Cash & Cash Equivalents* | 2,493,179.78 | | |
| Line 14b | *Investments* | 0.00 | | |
| Line 14c | *Other Assets or Uncleared Funds* | 0.00 | | |
| | Total Ending Balance of Fund - Net Assets | | 2,493,179.78 | 2,493,179.78 |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| | **Report of Items NOT To Be Paid by the Fund:** | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | 0.00 | | |
| | Independent Distribution Consultant (IDC) | 0.00 | | |
| | Distribution Agent | 0.00 | | |
| | Consultants | 0.00 | | |
| | Legal Advisers | 0.00 | | |
| | Tax Advisers | 0.00 | | |
| | 2. Administrative Expenses | 0.00 | | |
| | 3. Miscellaneous Expenses | 0.00 | | |
| | Total Plan Development Expenses Not Paid by the Fund | | 0.00 | 0.00 |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | 0.00 | | |
| | IDC | 0.00 | | |
| | Distribution Agent | 0.00 | | |
| | Consultants | 0.00 | | |
| | Legal Advisers | 0.00 | | |
| | Tax Advisers | 0.00 | | |
| | 2. Administrative Expenses | 0.00 | | |
| | 3. Investor Identification: | 0.00 | | |
| | Notice/Publishing Approved Plan | 0.00 | | |
| | Claimant Identification | 0.00 | | |
| | Claims Processing | 0.00 | | |
| | Web Site Maintenance/Call Center | 0.00 | | |
| | 4. Fund Administrator Bond | 0.00 | | |
| | 5. Miscellaneous | 0.00 | | |
| | 6. FAIR Reporting Expense | 0.00 | | |
| | Total Plan Implementation Expenses Not Paid by the Fund | | 0.00 | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | 0.00 | |
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | 0.00 |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | 0.00 | | |
| Line 16b | *Federal Tax Payments* | 0.00 | | |
| | Total Disbursements to Court/Other Not Paid by the Fund: | | 0.00 | 0.00 |
| Line 17 | DC & State Tax Payments | 0.00 | 0.00 | 0.00 |
| Line 18 | **No. of Claims:** | | | |
| Line 18a | *# of Claims Received this Reporting Period* | | | 0 |
| Line 18b | *# of Claims Received Since Inception of the Fund* | | | 0 |
| Line 19 | **No. of Claimants/Investors:** | | | |
| Line 19a | *# of Claimants/Investors Paid This Reporting Period* | | | 0 |
| Line 19b | *# of Claimants/Investors Paid Since Inception of the Fund* | | | 0 |

Receiver:

By: /S/ Robert E. Neirynck
(signature)
**Robert E. Neirynck**
(printed name)

**Senior Director**
(title)

Date: August 12, 2020