# Exhibit C – Summary Hours and Fees by Professional

# By Activity Category

# April 1, 2019 through June 30, 2020

Donald J. Lester, Rubicon Alliance, LLC et al.
Receiver's Fifth Fee Applicaton
April 1 2019 to June 30 2020
Accounting and Auditing

| Personnel | Hours / Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beverly Blank | Hours | 0 | 0.5 | 0.3 | 0.4 | 0 | 0.3 | 0.7 | 0 | 0.2 | 0.7 | 0 | 0.5 | 0.3 | 0.2 | 0.6 | 4.7 |
| | Rate | $139.50 | $139.50 | $139.50 | $139.50 | $139.50 | $139.50 | $139.50 | $139.50 | $139.50 | $139.50 | $139.50 | $139.50 | $139.50 | $139.50 | $139.50 | $139.50 |
| | Total | $0.00 | $69.75 | $41.85 | $55.80 | $0.00 | $41.85 | $97.65 | $0.00 | $27.90 | $97.65 | $0.00 | $69.75 | $41.85 | $27.90 | $83.70 | $655.65 |

| Personnel | Hours / Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beverly Blank (No charge time) | Hours | 0 | 0 | 0 | 1.8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.8 |
| | Rate | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Total | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Personnel | Hours / Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total - Beverly Blank | Hours | 0 | 0.5 | 0.3 | 2.2 | 0 | 0.3 | 0.7 | 0 | 0.2 | 0.7 | 0 | 0.5 | 0.3 | 0.2 | 0.6 | 6.5 |
| | Total | $0.00 | $69.75 | $41.85 | $55.80 | $0.00 | $41.85 | $97.65 | $0.00 | $27.90 | $97.65 | $0.00 | $69.75 | $41.85 | $27.90 | $83.70 | $655.65 |

Donald J. Lester, Rubicon Alliance, LLC et al.
Receiver's Fifth Fee Applicaton
April 1 2019 to June 30 2020
Asset Rec/Rev

| Personnel | Hours / Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert Neirynck | Hours | 5 | 6.4 | 8.2 | 17.2 | 28.2 | 7.8 | 18.8 | 5.3 | 9.8 | 6 | 0.2 | 0.8 | 0.2 | 0 | 0 | 113.9 |
|  | Rate | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 |
|  | Total | $1,237.50 | $1,584.00 | $2,029.50 | $4,257.00 | $6,979.50 | $1,930.50 | $4,653.00 | $1,311.75 | $2,425.50 | $1,485.00 | $49.50 | $198.00 | $49.50 | $0.00 | $0.00 | $28,190.25 |

| Personnel | Hours / Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Edward Cordes | Hours | 0 | 0 | 0.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.2 |
|  | Rate | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 |
|  | Total | $0.00 | $0.00 | $87.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $87.30 |

| Personnel | Hours / Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Wagner | Hours | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  | Rate | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 |
|  | Total | $0.00 | $0.00 | $0.00 | $0.00 | $225.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $225.00 |

| Personnel | Hours / Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Matt Armstrong | Hours | 0 | 0 | 0 | 0 | 2.6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2.6 |
|  | Rate | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 |
|  | Total | $0.00 | $0.00 | $0.00 | $0.00 | $643.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $643.50 |

| Personnel | Hours / Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All Personnel | Hours | 5 | 6.4 | 8.4 | 17.2 | 31.8 | 7.8 | 18.8 | 5.3 | 9.8 | 6 | 0.2 | 0.8 | 0.2 | 0 | 0 | 117.7 |
|  | Total | $1,237.50 | $1,584.00 | $2,116.80 | $4,257.00 | $7,848.00 | $1,930.50 | $4,653.00 | $1,311.75 | $2,425.50 | $1,485.00 | $49.50 | $198.00 | $49.50 | $0.00 | $0.00 | $29,146.05 |

Donald J. Lester, Rubicon Alliance, LLC et al.
Receiver's Fifth Fee Applicaton
April 1 2019 to June 30 2020
Business Operations

| Personnel | Hours / Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert Neirynck | Hours | 31.2 | 24.9 | 18.7 | 11.4 | 13.4 | 23.3 | 26.2 | 14.3 | 15.6 | 13.1 | 8.1 | 9.6 | 8.8 | 12.4 | 13.7 | 244.7 |
| | Rate | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 |
| | Total | $7,722.00 | $6,162.75 | $4,628.25 | $2,821.50 | $3,316.50 | $5,766.75 | $6,484.50 | $3,539.25 | $3,861.00 | $3,242.25 | $2,004.75 | $2,376.00 | $2,178.00 | $3,069.00 | $3,390.75 | $60,563.25 |

| Personnel | Hours / Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Edward Cordes | Hours | 0.9 | 0.1 | 0.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.4 |
| | Rate | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 |
| | Total | $392.85 | $43.65 | $174.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $611.10 |

| Personnel | Hours / Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Wagner | Hours | 0 | 0.7 | 0 | 8.4 | 0.4 | 0.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9.7 |
| | Rate | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 |
| | Total | $0.00 | $157.50 | $0.00 | $1,890.00 | $90.00 | $45.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,182.50 |

| Personnel | Hours / Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Matt Armstrong | Hours | 1.4 | 0.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.9 |
| | Rate | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 |
| | Total | $346.50 | $123.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $470.25 |

| Personnel | Hours / Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Denise Davis | Hours | 0 | 0.2 | 0.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.2 | 0.2 | 0.2 | 0.4 | 1.7 |
| | Rate | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 |
| | Total | $0.00 | $13.60 | $34.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13.60 | $13.60 | $13.60 | $27.20 | $115.60 |

Donald J. Lester, Rubicon Alliance, LLC et al.
Receiver's Fifth Fee Applicaton
April 1 2019 to June 30 2020
Business Operations

| Personnel | Hours / Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All Personnel | Hours | 33.5 | 26.4 | 19.6 | 19.8 | 13.8 | 23.5 | 26.2 | 14.3 | 15.6 | 13.1 | 8.1 | 9.8 | 9 | 12.6 | 14.1 | 259.4 |
| | Total | $8,461.35 | $6,501.25 | $4,836.85 | $4,711.50 | $3,406.50 | $5,811.75 | $6,484.50 | $3,539.25 | $3,861.00 | $3,242.25 | $2,004.75 | $2,389.60 | $2,191.60 | $3,082.60 | $3,417.95 | $63,942.70 |

Donald J. Lester, Rubicon Alliance, LLC et al.
Receiver's Fifth Fee Applicaton
April 1 2019 to June 30 2020
Claims Administration

| Personnel | Hours / Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert Neirynck | Hours | 4.7 | 2.3 | 0 | 0 | 0 | 0 | 0.2 | 1.3 | 1.1 | 0.4 | 2 | 0.3 | 1.7 | 0.8 | 0.5 | 15.3 |
| | Rate | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 |
| | Total | $1,163.25 | $569.25 | $0.00 | $0.00 | $0.00 | $0.00 | $49.50 | $321.75 | $272.25 | $99.00 | $495.00 | $74.25 | $420.75 | $198.00 | $123.75 | $3,786.75 |

| Personnel | Hours / Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Wagner | Hours | 4.6 | 11.6 | 2 | 0.2 | 0.3 | 0.2 | 0.8 | 0 | 0.5 | 0.7 | 0.3 | 0.7 | 0.3 | 0.4 | 0.3 | 22.9 |
| | Rate | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 |
| | Total | $1,035.00 | $2,610.00 | $450.00 | $45.00 | $67.50 | $45.00 | $180.00 | $0.00 | $112.50 | $157.50 | $67.50 | $157.50 | $67.50 | $90.00 | $67.50 | $5,152.50 |

| Personnel | Hours / Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Denise Davis | Hours | 0.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.2 |
| | Rate | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 |
| | Total | $13.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13.60 |

| Personnel | Hours / Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All Personnel | Hours | 9.5 | 13.9 | 2 | 0.2 | 0.3 | 0.2 | 1 | 1.3 | 1.6 | 1.1 | 2.3 | 1 | 2 | 1.2 | 0.8 | 38.4 |
| | Total | $2,211.85 | $3,179.25 | $450.00 | $45.00 | $67.50 | $45.00 | $229.50 | $321.75 | $384.75 | $256.50 | $562.50 | $231.75 | $488.25 | $288.00 | $191.25 | $8,952.85 |

Donald J. Lester, Rubicon Alliance, LLC et al.
Receiver's Fifth Fee Applicaton
April 1 2019 to June 30 2020
Status Reports

| Personnel | Hours / Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert Neirynck | Hours | 0 | 5.1 | 0 | 0.7 | 0 | 11.2 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 0.9 | 14.7 | 46.6 |
| | Rate | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 |
| | Total | $0.00 | $1,262.25 | $0.00 | $173.25 | $0.00 | $2,772.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,465.00 | $222.75 | $3,638.25 | $11,533.50 |

| Personnel | Hours / Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert Neirynck (No Charge) | Hours | 0 | 11.3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11.3 |
| | Rate | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Total | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Personnel | Hours / Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Wagner | Hours | 0 | 0 | 0 | 0 | 0 | 0.3 | 0 | 0 | 0 | 0 | 0 | 0 | 0.4 | 0 | 0 | 0.7 |
| | Rate | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $235.00 | $235.00 | $235.00 |
| | Total | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $67.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $94.00 | $0.00 | $0.00 | $161.50 |

| Personnel | Hours / Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All Personnel | Hours | 0 | 16.4 | 0 | 0.7 | 0 | 11.5 | 0 | 0 | 0 | 0 | 0 | 0 | 14.4 | 0.9 | 14.7 | 58.6 |
| | Total | $0.00 | $1,262.25 | $0.00 | $173.25 | $0.00 | $2,839.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,559.00 | $222.75 | $3,638.25 | $11,695.00 |

Donald J. Lester, Rubicon Alliance, LLC et al.
Receiver's Fifth Fee Applicaton
April 1 2019 to June 30 2020
Tax Issues

| Personnel | Hours/Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert Neirynck | Hours | 3.8 | 0.2 | 0.9 | 5 | 8.7 | 0.4 | 0 | 0 | 0 | 0 | 0 | 0.1 | 1 | 0.6 | 8.5 | 29.2 |
| | Rate | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 |
| | Total | $940.50 | $49.50 | $222.75 | $1,237.50 | $2,153.25 | $99.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $24.75 | $247.50 | $148.50 | $2,103.75 | $7,227.00 |

| Personnel | Hours/Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Edward Cordes | Hours | 0 | 0 | 0 | 0 | 0.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.4 |
| | Rate | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 | $436.50 |
| | Total | $0.00 | $0.00 | $0.00 | $0.00 | $174.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $174.60 |

| Personnel | Hours/Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael Staheli | Hours | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.3 | 0.3 |
| | Rate | $335.00 | $335.00 | $335.00 | $335.00 | $335.00 | $335.00 | $335.00 | $335.00 | $335.00 | $335.00 | $335.00 | $335.00 | $335.00 | $335.00 | $335.00 | $335.00 |
| | Total | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $100.50 | $100.50 |

| Personnel | Hours/Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Wagner | Hours | 1.3 | 0 | 0 | 0.1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.4 |
| | Rate | $225.00 | $225.00 | $225.00 | $235.00 | $235.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 |
| | Total | $292.50 | $0.00 | $0.00 | $23.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $316.00 |

| Personnel | Hours/Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C Lynn Byrd | Hours | 14.7 | 8.5 | 0 | 3 | 12.7 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 28.5 | 68.4 |
| | Rate | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |
| | Total | $2,205.00 | $1,275.00 | $0.00 | $450.00 | $1,905.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $150.00 | $0.00 | $0.00 | $4,275.00 | $10,260.00 |

**Donald J. Lester, Rubicon Alliance, LLC et al.**
**Receiver's Fifth Fee Applicaton**
**April 1 2019 to June 30 2020**
**Tax Issues**

| Personnel | Hours / Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Denise Davis | Hours | 0.3 | 0 | 0 | 0 | 1.2 | 0.5 | 0 | 0 | 0 | 0 | 0 | 0.2 | 0 | 0 | 1.3 | 3.5 |
|  | Rate | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 | $68.00 |
|  | Total | $20.40 | $0.00 | $0.00 | $0.00 | $81.60 | $34.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13.60 | $0.00 | $0.00 | $88.40 | $238.00 |

| Personnel | Hours / Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All Personnel | Hours | 20.1 | 8.7 | 0.9 | 8.1 | 23 | 0.9 | 0 | 0 | 0 | 0 | 0 | 1.3 | 1 | 0.6 | 38.6 | 103.2 |
|  | Total | $3,458.40 | $1,324.50 | $222.75 | $1,711.00 | $4,314.45 | $133.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $188.35 | $247.50 | $148.50 | $6,567.65 | $18,316.10 |

**Donald J. Lester, Rubicon Alliance, LLC et al.**
**Receiver's Fifth Fee Applicaton**
**April 1 2019 to June 30 2020**
**Travel**

| Personnel | Hours / Hourly Rate | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Total for Billing Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert Neirynck | Hours | 6 | 9 | 9 | 4 | 6 | 6 | 6 | 6 | 6 | 6 | 0 | 3 | 0 | 0 | 3 | 70 |
|  | Rate | $123.75 | $123.75 | $123.75 | $123.75 | $123.75 | $123.75 | $123.75 | $123.75 | $123.75 | $123.75 | $123.75 | $123.75 | $123.75 | $123.75 | $123.75 | $123.75 |
|  | Total | $742.50 | $1,113.75 | $1,113.75 | $495.00 | $742.50 | $742.50 | $742.50 | $742.50 | $742.50 | $742.50 | $0.00 | $371.25 | $0.00 | $0.00 | $371.25 | $8,662.50 |