IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Case No. 15-cv-02301-CMA-MLC

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

DONALD J. LESTER,
RUBICON ALLIANCE, LLC,
CFI FUND, LLC, and
NUPOWER, LLC,

      Defendants,

EQUITY EDGE PREFERRED INCOME FUND I, LLC,
EQUITY EDGE, LLC, and
EQUITY EDGE COMPANIES, LLC,

      Relief Defendants.

## ORDER GRANTING RECEIVER'S SIXTH APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

This matter comes before the Court on the Receiver's Sixth Application for Interim Compensation and Reimbursement of Expenses ("Application") (Doc. # 138) filed by Cordes & Company as Receiver in this matter. Therein, the Receiver moves the Court to enter an order authorizing payment to the Receiver in the net amount of $94,463.27, representing $88,174.22 in interim compensation for professional services performed on behalf of the Receivership estate from July 1, 2020, to June 30, 2021, and $6,289.05 for reimbursement of expenses incurred during the same period. Having reviewed the Application and the case file; being advised that Plaintiff Securities and

Exchange Commission does not oppose the Application; and noting that no responses or objections to the Motion have been filed, the Court finds that good cause exists to grant and approve the Application. Accordingly, it is

ORDERED that the Receiver's Sixth Application for Interim Compensation and Reimbursement of Expenses (Doc. # 38) is hereby APPROVED. It is

FURTHER ORDERED that the Receiver is authorized to make payment to the Receiver in the amount of $94,463.27 for payment of fees and reimbursement of expenses incurred from July 1, 2020, to June 30, 2021.

DATED: September 27, 2021

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge