**Standardized Fund Accounting Report for SEC v Donald J. Lester, Rubicon Alliance, LLC, et al. - Cash Basis**
**Receivership Case No. 1:15-cv-20301-CMA-MLC**
**Reporting Period 7/1/2021 to 3/31/20222**
**SCHEDULE 1**

| Fund Accounting | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 7/1/2021) | | | $368,629.01 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Liquidation Proceeds of Thunderwolves, LLC | 2,072,860.00 | | |
| Line3 | Cash and Securities | 0.00 | | |
| Line 4 | Interest/Dividend Income | 0.00 | | |
| Line 5 | Reimbursement of Legal fees from ReRoc | 425.00 | | |
| Line 6 | Reimbursement of Legal fees from CR Towers | 3,268.25 | | |
| Line 7 | Third-Party Litigation Income | 0.00 | | |
| Line 8 | Miscellaneous | 0.00 | | |
| | Total Funds Available (Lines 1-8) | | 2,076,553.25 | 2,445,182.26 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to CFI Fund & EEPI Fund Noteholders | 5,952.22 | 5,952.22 | |
| Line 9A | Other Disbursements | 0.00 | 0.00 | |
| Line 10 | Disbursements for Receivership Operations: | | | |
| Line 10a | *Disbursements to Receiver for fees/costs* | 94,463.27 | | |
| Line 10b | *Disbursement to Receiver's Counsel for Legal Fees/Costs* | 5,289.50 | | |
| Line 10c | *Other - Bank Fees* | 0.00 | | |
| Line 10d | *Investment expenses* | 0.00 | 99,752.77 | |
| Line 10e | *Third-party Litigation Expenses* | | | |
| | 1. Attorney Fees | 0.00 | | |
| | 2. Litigation Expenses | 0.00 | | |
| | *Total Third-Party Litigation Expenses* | | 0.00 | |
| Line 10f | *Tax Administrator Fees and Bonds* | 0.00 | | |
| Line 10g | *Federal and State Tax Related Payments* | 0.00 | | |
| | | | 0.00 | |
| | Total Disbursements for Receivership Operations | | 105,704.99 | 105,704.99 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | 0.00 | | |
| | Independent Distribution Consultant (IDC) | 0.00 | | |
| | Distribution Agent | 0.00 | | |
| | Consultants | 0.00 | | |
| | Legal Advisers | 0.00 | | |
| | Tax Advisers | 0.00 | | |
| | 2. Administrative Expenses | 0.00 | | |
| | 3. Miscellaneous Expenses | 0.00 | | |
| | *Total Plan Development Expenses* | | 0.00 | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | 0.00 | | |
| | IDC | 0.00 | | |
| | Distribution Agent | 0.00 | | |
| | Consultants | 0.00 | | |
| | Legal Advisers | 0.00 | | |
| | Tax Advisers | 0.00 | | |
| | 2. Administrative Expenses | 0.00 | | |
| | 3. Investor Identification: | 0.00 | | |
| | Notice/Publishing Approved Plan | 0.00 | | |
| | Claimant Identification | 0.00 | | |
| | Claims Processing | 0.00 | | |
| | Web Site Maintenance/Call Center | 0.00 | | |
| | 4. Fund Administrator Bond | 0.00 | | |
| | 5. Miscellaneous | 0.00 | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expense | 0.00 | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | 0.00 | 0.00 |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | 0.00 | | |
| Line 12b | *Federal Tax Payments* | 0.00 | | |
| | Total Disbursements to Court/Other: | | 0.00 | 0.00 |
| | Total Funds Disbursed (Lines 9-12): | | | 105,704.99 |
| Line 13 | Ending Balance (As of 3/31/2022) | | | $2,339,477.27 |

Standardized Fund Accounting Report for SEC v Donald J. Lester, Rubicon Alliance, LLC, et al. - Cash Basis
Receivership Case No. 1:15-cv-20301-CMA-MLC
Reporting Period 7/01/2021 to 3/31/2022

### SCHEDULE 1 CONTINUED

| | | | | |
|---|---|---|---:|---:|
| **Line 14** | **Ending Balance of Fund - Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | 2,339,477.27 | | |
| Line 14b | Investments | 0.00 | | |
| Line 14c | Other Assets or Uncleared Funds | 0.00 | | |
| | Total Ending Balance of Fund - Net Assets | | 2,339,477.27 | 2,339,477.27 |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| | **Report of Items NOT To Be Paid by the Fund:** | | | |
| **Line 15** | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| | Fund Administrator | 0.00 | | |
| | Independent Distribution Consultant (IDC) | 0.00 | | |
| | Distribution Agent | 0.00 | | |
| | Consultants | 0.00 | | |
| | Legal Advisers | 0.00 | | |
| | Tax Advisers | 0.00 | | |
| | 2. Administrative Expenses | 0.00 | | |
| | 3. Miscellaneous Expenses | 0.00 | | |
| | Total Plan Development Expenses Not Paid by the Fund | | 0.00 | 0.00 |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| | Fund Administrator | 0.00 | | |
| | IDC | 0.00 | | |
| | Distribution Agent | 0.00 | | |
| | Consultants | 0.00 | | |
| | Legal Advisers | 0.00 | | |
| | Tax Advisers | 0.00 | | |
| | 2. Administrative Expenses | 0.00 | | |
| | 3. Investor Identification: | 0.00 | | |
| | Notice/Publishing Approved Plan | 0.00 | | |
| | Claimant Identification | 0.00 | | |
| | Claims Processing | 0.00 | | |
| | Web Site Maintenance/Call Center | 0.00 | | |
| | 4. Fund Administrator Bond | 0.00 | | |
| | 5. Miscellaneous | 0.00 | | |
| | 6. FAIR Reporting Expense | 0.00 | | |
| | Total Plan Implementation Expenses Not Paid by the Fund | | 0.00 | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | 0.00 | |
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | 0.00 |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | Investment Expenses/CRIS Fees | 0.00 | | |
| Line 16b | Federal Tax Payments | 0.00 | | |
| | Total Disbursements to Court/Other Not Paid by the Fund: | | 0.00 | 0.00 |
| **Line 17** | DC & State Tax Payments | 0.00 | 0.00 | 0.00 |
| **Line 18** | **No. of Claims:** | | | |
| Line 18a | # of Claims Received this Reporting Period | | | 0 |
| Line 18b | # of Claims Received Since Inception of the Fund | | | 231 |
| **Line 19** | **No. of Claimants/Investors:** | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period | | | 0 |
| Line 19b | # of Claimants/Investors Paid Since Inception of the Fund | | | 121 |