**Summary of Available Cash - Final Distribution**          Schedule 2
**DJ Lester et al. Receivership**

| Component | CFI Fund | EEPI Fund | Total | Notes |
|---|---|---|---|---|
| Current Cash Balances | $2,123,405 | $216,072 | $2,339,477 | See Schedule 1 |
| Estimated Future Cash Additions | 0 | 2,000 | 2,000 | C |
| Current Expense Adjustments: | | | | |
| Receiver Fees | 39,639 | (39,639) | 0 | A |
| Receiver Legal Fees | 9,365 | (9,365) | 0 | A |
| Website and Other Costs | 16,588 | (16,588) | 0 | A |
| Subtotal - Expense Adjustments | 65,592 | (65,592) | | |
| Subtotal - Cash Balance by Fund after Adjustments | 2,188,997 | 152,480 | 2,341,477 | |
| Receiver Final Reserve/Payments: | | | | |
| Estimated Final Receiver Fees/Costs | (24,448) | (24,448) | (48,895) | B |
| Estimated Final Receiver Legal Fees | (3,750) | (3,750) | (7,500) | B |
| Estimated Final Website/Storage/Other Costs | (4,278) | (4,278) | (8,555) | B |
| Estimated Final Reserve/Payments | (32,475) | (32,475) | (64,950) | |
| **Net Cash Available for Final Distribution** | $2,156,522 | $120,005 | $2,276,527 | |

**Notes:**
A. These adjustments were made to equalize the fact that certain of the Receiver Fees and other Receivership costs such
   as legal fees, receiver fees and website hosting are paid directly out of the CFI Fund bank account in full, but the
   Receiver believes that the expense should be shared equally between the CFI Fund and the EEPI Fund and/or
   split based upon actual time/costs/value related to each.   Refer to Schedule 2 for the detail of these adjustments.
B. Represents a current holdback/reserve to fund future Receivership costs, including outstanding and
   future Receiver fees and legal fees, as well as any contingency costs or reserves necessary to comply with the directives
   in the Receiver Order.
C. The EEPI Fund will receive a small future amount of cash as a distribution from its equity investment in CR Towers.