**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Case No. 15-cv-02301-CMA-MLC

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

DONALD J. LESTER,
RUBICON ALLIANCE, LLC,
CFI FUND, LLC, and
NUPOWER, LLC,

        Defendants,

EQUITY EDGE PREFERRED INCOME FUND I, LLC,
EQUITY EDGE, LLC, and
EQUITY EDGE COMPANIES, LLC,

        Relief Defendants.

---

**ORDER GRANTING RECEIVER'S MOTION TO AUTHORIZE FINAL DISTRIBUTION TO INVESTOR CLAIMANTS**

---

This matter comes before the Court on the Receiver's Motion to Authorize Final Distributions to Investor Claimants ("the Motion") (Doc. # 140) filed by Cordes & Company as Receiver in this matter. In its Motion, the Receiver moves the Court to enter an order authorizing the Receiver to make final distributions of proceeds of its recoveries to the investor claimants of CFI and EEPI subject to the terms and conditions of the Motion, pursuant to § 8(L), § 55, and § 60 of this Court's Order Appointing

Receiver (Doc. # 86).[1] Having reviewed the Motion, the documentation attached thereto, and the case file; being advised that Plaintiff Securities and Exchange Commission does not oppose the Motion; and noting that no responses or objections to the Motion have been filed, the Court finds that good cause exists to grant the relief requested.

Accordingly, it is ORDERED as follows:

- the Receiver's Motion to Authorize Final Distribution to Investor Claimants (Doc. # 140) is GRANTED; and

- the Receiver is authorized to make a final distribution of funds to the investor claimants of CFI Fund, LLC, and Equity Edge Preferred Income Fund I, LLC, as contemplated in Schedules 5 and 6 to the Motion and subject to the other terms and conditions set forth in the Motion.

DATED: June 7, 2022

BY THE COURT:

*signature*
CHRISTINE M. ARGUELLO
United States District Judge

---

[1] Section 8(L) of the Order Appointing Receiver provides that the Receiver shall have the powers and duties '[t]o take such other action as may be approved by this Court." (Doc. # 86 at 6.) Section 55 provides that "[i]f the Receiver deems appropriate, the Receiver shall file a Liquidation Plan." (*Id.* at 19.) Section 60 provides that "[t]he Receiver may from time to time request that the Court enter additional orders to supplement, clarify or amend this Order, upon notice in accordance with this Order." (*Id.* at 20–21.)